LEVINSON v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. May 21, 1921.) No. 1869. In Error to the District Court of the United States for the Southern District of West Virginia, at Huntington. Litz &

Harman, of Welch, W. Va., for plaintiff in error. L. H. Kelly, U. S. Atty., of Charleston, W. Va.

PER CURIAM. Stipulation of attorneys for the plaintiff in error and the defendant in error to reverse judgment of District Court upon confession of error filed. Judgment of District Court reversed and cause remanded, with directions to set aside the sentence and quash the indictment, per stipulation of attorneys.